NO. 07-11-00310-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 19, 2011

IN RE DONOVAN DUNN, RELATOR

.
Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Relator Donovan Dunn has filed a petition for writ of mandamus and motion for temporary relief. By his petition, relator asserts the trial court rendered two void orders requiring he submit to drug screening. He asks that we declare the orders void and temporarily forbid a contempt determination by the trial court.

Relator has presented no evidence of indigence, thus the filing fees for his petition and motion were due on July 29, 2011, when the items were presented for filing. Tex. R. App. P. 5. By letter of August 1, the clerk of this court directed relator to pay the fees by August 11, on peril of dismissal for noncompliance. *See* Tex. R. App. P. 5 (court may enforce rule by an order that is just); *cf.* Tex. R. App. P. 42.3(c) (appeal may be involuntarily dismissed for failure to comply with appellate rules, court order, or notice of the clerk requiring action within specified time). To date, relator has not responded.

Consequently, because he has failed to comply with the appellate rules and our clerk's notice requiring payment of the fees, relator's petition and motion are dismissed. Tex. R. App. P. 42.3.


Per Curiam